IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § Plaintiff, § v. § **JAVIER PEREZ-HERNANDEZ,** § Defendant, § and § **BANK OF AMERICA, N.A.,** § Garnishee. § | Criminal Case. **3:17-CR-327-L** |

## ORDER

On April 20, 2020, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 114) was entered, recommending that the court deny Defendant's Claim for Exemptions, Request for Hearing, and/or Request for Transfer (Doc. 105), filed January 10, 2019. No objections to the Report were filed.

Having considered Defendant's Claim for Exemptions, Request for Hearing, and/or Request for Transfer Motion, the briefs, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Defendant's Claim for Exemptions, Request for Hearing, and/or Request for Transfer Motion (Doc. 105).

**It is so ordered** this 18th day of June, 2020.

Sam A. Lindsay
United States District Judge

Order – Solo Page